Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: 415.318.2770
Facsimile:  424.731.8301
Email:  sheridans@ballardspahr.com
Email:  brooksm@ballardspahr.com

Attorneys for Defendant
Snapfish, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HARATYK, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br><br>        v.<br><br>SNAPFISH, LLC,<br><br>                                  Defendant. | Case No. 5:26-cv-01753-NW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  February 27, 2026 |

Pursuant to Northern District Court's Civil Local Rule 6-1(a), Plaintiff Sean Haratyk, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Snapfish, LLC ("Defendant") (together the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to respond to Plaintiff's Complaint in the above-captioned action is extended for a total of sixty (60) days from March 26, 2026, to and including May 25, 2026.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists to extend Defendant's deadline to respond to the Complaint because Defendant's counsel was just retained and needs additional time to properly evaluate Plaintiff's allegations and prepare an appropriate response.  The Parties submit this request in good faith and

#4913-5490-5495 v3

1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No. 5:26-cv-01753-NW**

not for the purpose of delay. Accordingly, the Parties stipulate that Defendant's deadline to respond to Plaintiff's Complaint shall be extended to and including May 25, 2026.

The Parties further stipulate that should Defendant file a Motion to Dismiss in response to the Complaint, the Parties briefing of said Motion shall be as follows: Plaintiff's Opposition shall be due on June 24, 2026, and Defendant's Reply shall be due July 15, 2026.

DATED:  March 24, 2026

Respectfully submitted,

*s/ Meegan B. Brooks*
Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
Facsimile: 424.731.8301
Email: sheridans@ballardspahr.com
Email: brooksm@ballardspahr.com

*Attorneys for Defendant Snapfish, LLC*

DATED:  March 24, 2026

Respectfully submitted,

*s/ Tyler B. Ewigleben (with authorization)*
Tyler B. Ewigleben (admitted *pro hac vice*)
JENNINGS & EARLEY PLLC
500 President Clinton Avenue, Suite 110
Little Rock, AR 72201
Telephone: 317.695.1712
Email:  tyler@jefirm.com

Doris Cheng (SBN 197731)
WALKUP, MELODIA, KELLY &
SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone:  415.981.7210
Email:  dcheng@walkuplawoffice.com

*Attorneys for Plaintiff Sean Haratyk,
individually and on behalf of all others
similarly situated*

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

#4913-5490-5495 v3

2

## <u>SIGNATURE ATTESTATION</u>

In accordance with Local Rule 5-1(i)(3), I, Meegan B. Brooks, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

_s/ Meegan B. Brooks_

Meegan B. Brooks

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

#4913-5490-5495 v3

3

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No. 5:26-cv-01753-NW**