LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

DORIS CHENG (State Bar #197731)
dcheng@walkuplawoffice.com

**JENNINGS & EARLEY PLLC**
TYLER B. EWIGLEBEN (*Pro Hac Vice Admitted*)
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
Telephone: (501-255-8569)
tyler@jefirm.com
winston@jefirm.com

**ATTORNEYS FOR PLAINTIFF**
**SEAN HARATYK, INDIVIDUALLY AND ON**
**BEHALF OF ALL OTHERS SIMILARLY**
**SITUATED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HARATYK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAPFISH, LLC., and DOES 1–10,<br><br>Defendants. | Case No. 5:26-cv-01753-NW<br><br>**STIPULATION TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES** |

Plaintiff Sean Haratyk ("Plaintiff") on behalf of himself and all others similarly situated, and Defendants Snapfish, LLC ("Defendant") (collectively the "Parties"), jointly stipulate and motion the Court to adjourn the initial case management conference, scheduled for June 2, 2026, at 9:00 AM, and to extend the deadlines set out in the Order setting the initial case management schedule (Dkt. No. 3), and the Stipulation to Extend Time to Respond to the Complaint (Dkt. No. 9), for the following reasons:

1. On February 27, 2026, Plaintiff filed the instant Complaint. (Dkt. No. 1).

1

2. On March 3, 2026, the Court issued its Initial Case Management Scheduling Order with ADR Deadlines, setting the following initial deadlines:

    a. Deadline to File ADR Certification, May 12, 2026;

    b. Deadline to Meet and Confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, May 12, 2026;

    c. Initial Disclosure deadline, May 26, 2026;

    d. Deadline to file Joint Case Management Statement, May 26, 2026;

    e. Initial Case Management Conference: Courtroom 3, June 2, 2025 at 9:00 AM. (Dkt. No. 3).

3. On March 11, 2026, the Court issued its Initial Case Management Order, requiring that requests for modification to deadlines be made by stipulation. (Dkt. No. 8).

4. The Parties filed a Joint Stipulation to Extend Time to Respond to Complaint from March 27, 2026, to May 25, 2026. (Dkt. No. 9).

5. In addition, the parties agreed to have Plaintiff's Opposition to any motion to dismiss due June 24, 2026, and Defendant's Reply due July 15, 2026. (Dkt. No. 9.).

6. Pursuant to the Northern District Court's Civil Local Rule 6-2, to help facilitate ongoing discussions regarding resolution, the Parties request an adjournment of the Initial Case Management Conference, and extension of the Initial Case Management deadlines and Response deadlines, by thirty (30) days, to create the following new deadlines:

    a. Deadline to File ADR Certification, to June 11, 2026;

    b. Deadline to Meet and Confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, June 11, 2026;

    c. Deadline to Respond to Complaint, June 24, 2026;

    d. Initial Disclosure deadline, June 25, 2026;

    e. Deadline to file Joint Case Management Statement, June 25, 2026;

    f. Initial Case Management Conference: Courtroom 3, July 2, 2026;

    g. Plaintiff's Opposition to a Motion to Dismiss (if filed), July 24, 2026;

    h. Defendant's Reply (if filed), August 14, 2026.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

STIPULATION TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES - CASE NO. 5:26-cv-01753-NW

7. The Parties are in agreement as to the above dates, as they believe this will help facilitate potential resolution of this matter.

8. The Parties are actively engaged in substantive settlement discussions and are in the process of negotiating the material terms of a potential resolution, including exchanging proposals and evaluating settlement terms. The Parties believe that a short extension will conserve party and judicial resources by allowing them to continue those discussions and potentially avoid further motion practice.

9. The Parties submit that this request is in good faith and not for the purposes of delay.

Dated: May 12, 2026                                        Respectfully submitted,


*/s/ Tyler B. Ewigleben*

**JENNINGS & EARLEY PLLC**
Tyler B. Ewigleben
(Pro Hac Vice)
500 President Clinton Avenue Ste 110
Little Rock, AR 72201
(501) 255-8569 Telephone
tyler@jefirm.com

**WALKUP, MELODIA, KELLY & SCHOENBERGER**
Doris Cheng (SBN 197731)
650 California St., 26th Floor
San Fransico, CA 94108-2615
(415) 981-7210 Telephone
(415) 391-6965 Facsimile
dcheng@walkuplawoffice.com


*Counsel for Plaintiff Sean Haratyk and the Proposed Class*

STIPULATION TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES - CASE NO. 5:26-cv-01753-NW

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

Dated: May 12, 2026                    Respectfully Submitted,


                                       *s/ Meegan B. Brooks (with authorization)*
                                       Stephanie Sheridan (SBN 135910)
                                       Meegan B. Brooks (SBN 298570)
                                       BALLARD SPAHR LLP
                                       71 Stevenson Street, Suite 400
                                       San Francisco, CA 94105
                                       Telephone: 415.318.2770
                                       Facsimile: 424.731.8301
                                       Email: sheridans@ballardspahr.com
                                       Email: brooksm@ballardspahr.com

                                       *Attorneys for Defendant Snapfish, LLC*

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

4

STIPULATION TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND
DEADLINES - CASE NO. 5:26-cv-01753-NW

## SIGNATURE ATTESTATION

In accordance with Local Rule 5-1(i)(3), I, Tyler B. Ewigleben, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

*s/ Tyler B. Ewigleben*
Tyler B. Ewigleben

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

5

STIPULATION TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND
DEADLINES - CASE NO. 5:26-cv-01753-NW