Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
Elizabeth Santiago Sanchez (SBN 333789)
BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: 415.318.2770
Facsimile:  424.731.8301
Email:  sheridans@ballardspahr.com
Email:  brooksm@ballardspahr.com
Email:  sanchezsantiagoe@ballardspahr.com

Attorneys for Defendant
Snapfish, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HARATYK, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>        v.<br><br>SNAPFISH, LLC,<br><br>                           Defendant. | Case No. 5:26-cv-01753-NW<br><br>**STIPULATION TO EXTEND TIME**<br><br>Complaint Filed:  February 27, 2026 |

Pursuant to Northern District Court's Civil Local Rule 6-1, Plaintiff Sean Haratyk, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Snapfish, LLC ("Defendant") (together the "Parties"), by and through their respective counsel, hereby stipulate to extend Defendant's deadline to respond to Plaintiff's Complaint and to extend the deadline to exchange Initial Disclosures set out in the Stipulation to Adjourn the Initial Case Management Conference and Extend Deadlines (ECF No. 10) by thirty (30) days for the following reasons:.

1. On May 12, 2026, pursuant to the Northern District Court's Civil Local Rule 6-2, the Parties stipulated to the following deadlines:

   a. Deadline to File ADR Certification, to June 11, 2026;

   b. Deadline to Meet and Confer re: initial disclosures, early settlement, ADR

#4912-6429-1767 v3

1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No. 5:26-cv-01753-NW**

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

process selection, and discovery plan, June 11, 2026;

    c.  Deadline to Respond to Complaint, June 24, 2026;

    d.  Initial Disclosure deadline, June 25, 2026;

    e.  Deadline to file Joint Case Management Statement, June 25, 2026;

    f.  Initial Case Management Conference: Courtroom 3, July 2, 2026;

    g.  Plaintiff's Opposition to a Motion to Dismiss (if filed), July 24, 2026;

    h.  Defendant's Reply (if filed), August 14, 2026.

2. On May 20, 2026 the Court rescheduled the Initial Case Management Conference to September 29, 2026 and set September 11, 2026 as the deadline to file the Joint Case Management Statement (ECF No. 14.)

3. To help facilitate ongoing discussions, the Parties request an extension of Defendant's deadline to respond to the Complaint and to exchange Initial Disclosures by thirty (30) days to create the new deadlines:

    a.  Defendant's deadline to respond to the Complaint: July 24, 2026

    b.  Deadline to exchange Initial Disclosures: July 27, 2026

    c.  Plaintiff's Opposition to a Motion to Dismiss (if filed): August 24, 2026;

    d.  Defendant's Reply (if filed), September 14, 2026.

The Parties are actively engaged in discussions regarding potential resolution. The Parties believe that a short extension will conserve party and judicial resources by allowing them to continue those discussions and potentially avoid further motion practice. The Parties submit that this request is in good faith and not for the purposes of delay.

DATED:  June 23, 2026

Respectfully submitted,

_s/ Meegan B. Brooks_
Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
Elizabeth Santiago Sanchez (SBN 333789)
BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

#4912-6429-1767 v3

2

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No. 5:26-cv-01753-NW**

Facsimile: 424.731.8301
Email: sheridans@ballardspahr.com
Email: brooksm@ballardspahr.com

*Attorneys for Defendant Snapfish, LLC*

DATED:  June 23, 2026                                    Respectfully submitted,

*s/ Tyler B. Ewigleben (with authorization)*
Tyler B. Ewigleben (admitted *pro hac vice*)
JENNINGS & EARLEY PLLC
500 President Clinton Avenue, Suite 110
Little Rock, AR 72201
Telephone: 317.695.1712
Email:  tyler@jefirm.com

Doris Cheng (SBN 197731)
WALKUP, MELODIA, KELLY &
SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone:  415.981.7210
Email:  dcheng@walkuplawoffice.com

*Attorneys for Plaintiff Sean Haratyk,
individually and on behalf of all others
similarly situated*

## SIGNATURE ATTESTATION

In accordance with Local Rule 5-1(i)(3), I, Meegan B. Brooks, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

*s/ Meegan B. Brooks*
Meegan B. Brooks

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

#4912-6429-1767 v3                                    3

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No. 5:26-cv-01753-NW**